**Order filed July 11, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00599-CR
_____

**CRYSTAL TYLENE FONTENOT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law #3 & Probate Court**
**Brazoria County, Texas**
**Trial Court Cause No. 227566**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 1, a DVD.**

The clerk of the County Court at Law #3 & Probate Court is directed to deliver to the Clerk of this court the original of State's Exhibit 1, a DVD, on or before **July 23, 2018.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 1, a DVD, to the clerk of the County Court at Law #3 & Probate Court.


PER CURIAM